IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Borno Similien,

      Plaintiff,

    v.                               Case No. 2:14-cv-2752

Columbus Castings Company,

      Defendant.

ORDER

    On April 29, 2015, the magistrate judge issued an order directing plaintiff to show cause by May 13, 2015, why this action should not be dismissed for failure to timely effect service of process under Fed. R. Civ. P. 4(m).  After plaintiff did not respond to the show cause order, the magistrate judge issued a report and recommendation on June 1, 2015, recommending that this action be dismissed without prejudice for failure to timely effect service of process.

    The report and recommendation specifically advised the parties that the failure to object to the report and recommendation within fourteen days "will result in a waiver of the right to de novo review by the District Judge and waiver of the right to appeal the judgment of the District Court."  Doc. 3, pp. 1-2.  No objections to the report and recommendation have been filed.  The court agrees with the recommendation of the magistrate judge and hereby adopts the report and recommendation (Doc. 3).  This action is dismissed without prejudice pursuant to Rule 4(m) for failure to timely effect service of process.

Date: June 22, 2015               s/James L. Graham
                          James L. Graham

United States District Judge